# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MIE03 | E 1925643 | CUSSEN | 5481 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 03/11/2023 9:30:10

Offense Charged: ☐ CFR  ☒ USC  ☐ State Code
18 USC 1752 (UNAUTH ENTRY) RESTRICTED PROPERTY (B)
SIGNS

Place of Offense: YPSILANTI POST OFFICE
1606 S. HURON YPSILANTI, MI

Offense Description: Factual Basis for Charge  ☐ HAZMAT
DEFENDANT PROCEEDED PAST OFFICIAL
SIGNS INTO A RESTRICTED AREA ONLY
FOR POSTAL EMPLOYEES.

### DEFENDANT INFORMATION

Phone: (734) 218-6111

| Last Name | First Name | M.I. |
|---|---|---|
| BLANSETT III | JOHN | C. |

Street Address: 7345 MEADOW LANE

| City | State | Zip Code |
|---|---|---|
| YPSILANTI | MI | 48197 |

Driver's License No.: B4524291082O4  CDL ☐   D.L. State: MI   Social Security No.: 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

☒ Adult  ☐ Juvenile   Sex: ☒ Male ☐ Female   Hair: BR   Eyes: BL   Height: 5'10"   Weight: 215

VEHICLE VIN: 2GNAXKEX7J6264642   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| CAR 457 | MI | '18 | CHEVY EQUINOX | | ORANGE |

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date: 10/17/2025   Time: 9:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E1925643*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on MARCH 11, 2023 while exercising my duties as a law enforcement officer in the EASTERN District of MICHIGAN

JOHN BLANSETT III WHILE
DRIVING HIS ORANGE CHEVY
EQUINOX WENT BEHIND THE SIGNS
DESIGNATING THE AREA FOR USPS EMPLOYEES ONLY.
THE SIGNS READ "US PROPERTY -
NO TRESPASSING," "UNAUTHORIZED
VEHICLES ONLY" AND "PRIVATE
PROPERTY - UNAUTHORIZED PERSONS
PROHIBITED - UNAUTHORIZED
VEHICLES REMOVED."
SURVEILLANCE VIDEO CAPTURED
THIS AND IT CAN BE
CORROBORATED BY AN EYEWITNESS.

The foregoing statement is based upon:
☐ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/17/2025   [signature] Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident